AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Castel, P .Kevin | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>08/05/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. Trustee | Family Irrevocable Trust (uncompensated) |
| 5. Director | Federal Judges Association (uncompsensated) |
| 6. Chair | New York State-Federal Judicial Council (uncompensated) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | St. John's University (income as salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | E | Dividend | N | T | | | | | |
| 2. | Brk Act #1Fidelity Cash Reserves [FDRXX] | D | Dividend | N | T | | | | | |
| 3. | Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | E | Dividend | N | T | Sold (part) | 05/18/20 | J | A | |
| 4. | same | | | | | Sold (part) | 09/14/20 | K | A | |
| 5. | Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | E | Dividend | N | T | Sold (part) | 05/18/20 | J | A | |
| 6. | same | | | | | Sold (part) | 09/14/20 | L | A | |
| 7. | same | | | | | Donated (part) | | | | |
| 8. | Brk Act #1 Fidelity Balanced [FBALX] | E | Dividend | N | T | Sold (part) | 05/18/20 | K | A | |
| 9. | same | | | | | Donated (part) | | | | |
| 10. | Brk Act #1 Fidelity MSCI Info [FTEC] | A | Dividend | M | T | Donated (part) | | | | |
| 11. | same | | | | | Donated (part) | | | | |
| 12. | Brk Act #1 Fidelity NASDAQ [FNCMX] | C | Dividend | M | T | | | | | |
| 13. | Brk Act #1 Fidelity [FZDXX] | B | Int./Div. | M | T | | | | | |
| 14. | Brk Act#1 Fidelity MSCI Real Estate ETF | B | Dividend | | | Sold | 05/20/20 | K | A | |
| 15. | Brk Act #1 Fidelity IEMG | A | Dividend | K | T | Buy | 09/08/20 | K | | |
| 16. | Brk Act #1 Fidelity FZDVX (See Part VIII) | A | Interest | M | T | | | | | |
| 17. | Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 LM [SB] Appreciation Fd CL A(Part VIII) | B | Dividend | N | T | | | | | |
| 19. Brk Act #4 LM [SB] Large Cap Grwth FD CL A | A | Dividend | N | T | | | | | |
| 20. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | M | T | | | | | |
| 21. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 22. Brk Act #4 NJ High Ed 4.5/21 | A | Interest | | | Redeemed | 01/03/20 | J | A | |
| 23. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | | | | | |
| 24. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | | | | | |
| 25. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 26. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 27. Brk Act #4 NJ State Trans 5/24 | B | Interest | L | T | | | | | |
| 28. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |
| 29. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | | | | | |
| 30. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | | | | | |
| 31. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | | | | | |
| 32. Brk Act #4 NJ St. Trans Auth Ser - A 0/26 | A | Interest | L | T | | | | | |
| 33. Brk Act #4 NY NY 5/28 | B | Interest | K | T | | | | | |
| 34. Brk Act #4 NY NY 5/28 | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Brk Act #4 NYS Thruway 5/28 | C | Interest | M | T | | | | | |
| 36. | Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 37. | Brk Act #4 NJ St. Trans TRFD Sys - A 5.125/29 | C | Interest | L | T | | | | | |
| 38. | Brk Act #4 NYS Dorm Auth 5/29 | C | Interest | M | T | | | | | |
| 39. | Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | | | | | |
| 40. | Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 41. | Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 42. | Brk Act #4 CDK | A | Dividend | J | T | | | | | |
| 43. | Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 44. | Brk Act #4 BBY | A | Dividend | K | T | | | | | |
| 45. | Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 46. | Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 47. | Brk Act #4 AVNS Part VIII | | None | J | T | | | | | |
| 48. | Brk Act #4 KSS | A | Dividend | | | Sold | 05/18/20 | J | A | |
| 49. | Brk Act #4 MDT | A | Dividend | K | T | | | | | |
| 50. | Brk Act #4 MSFT | A | Dividend | K | T | | | | | |
| 51. | Brk Act #4 WMT | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 WBA | A | Dividend | J | T | | | | | |
| 53. Brk Act #4 VIG | C | Dividend | M | T | | | | | |
| 54. Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 55. Brk Act # 7 PWC | A | Dividend | | | Sold | 05/20/20 | L | A | |
| 56. Brk Act #7 EFG | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 58. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 59. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 61. Brk Act #7 EFV | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 62. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 63. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 64. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 65. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 66. Brk Act#7 EEM | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 67. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 68. | | | | | Buy (add'l) | 07/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Castel, P .Kevin** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 71.    Brk Act #7 IWF | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 76.    Brk Act #7 IWD | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |
| 81.    Brk Act #7 IWO | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 08/19/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act #7 IWN | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 87. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 88. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 89. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 90. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 91. Brk Act #7 IWP | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 92. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 93. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 94. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 95. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 96. Brk Act #7 IWS | A | Dividend | K | T | Buy | 05/19/20 | J | | |
| 97. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 98. | | | | | Buy (add'l) | 07/24/20 | J | | |
| 99. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 100. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 101. Brk Act #9 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | L | T | | | | | |
| 102. Brk Act #9 EEM (See Part VIII) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Brk Act #9 MFS Intl New Disc Fund A [MIDAX}(See Part VIII) | | | | | | | | | |
| 104. Brk Act #9 PR Comm H & T 0/20 | A | Interest | | | Redeemed | 07/06/20 | K | A | |
| 105. Brk Act #9 XLF(See Part VIII) | | | | | | | | | |
| 106. Brk Act #9 SPY | C | Dividend | M | T | | | | | |
| 107. Brk Act #9 VIG | B | Dividend | M | T | | | | | |
| 108. Brk Act #9 XLRE(SeePart VIII) | | | | | | | | | |
| 109. Brk Act #10 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | K | T | | | | | |
| 110. Brk Act #10 NJ Turnpike Auth Ser - H 5/20 | A | Interest | | | Redeemed | 01/02/20 | K | A | |
| 111. Brk Act #10 NY St. Dorm Auth North Shore Rev A 5/21 | B | Interest | L | T | | | | | |
| 112. Brk Act #10 NJ Health Care Facs 5/21 | B | Interest | L | T | | | | | |
| 113. Brk Act #10 Delaware Riv Jt Toll Bridge 5/22 | B | Interest | L | T | | | | | |
| 114. Brk Act #10 Piedmont Mun Pwr Agy 5/23 | B | Interest | L | T | | | | | |
| 115. Brk Act #10 Monmouth Cnty NJ 5/23 | C | Interest | L | T | | | | | |
| 116. Brk Act #10 NJ Health Care Facs Fing Auth 5/23 | B | Interest | L | T | | | | | |
| 117. Brk Act #10 Monmouth Cnty NJ Impt Auth Lease 5/23 | B | Interest | L | T | | | | | |
| 118. Brk Act #10 Delaware Riv & Bay Auth Del Rev B 5/24 | B | Interest | L | T | | | | | |
| 119. Brk Act #10 Moorestown Twp NJ School Dist 5/24 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Castel, P .Kevin** | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Brk Act #10 Hamilton Twp. Mercer Cnty NJ 5/25 | C | Interest | L | T | | | | | |
| 121. Brk Act #10 NJ St Edl Fac Auth Rev-A 5/25 | C | Interest | L | T | | | | | |
| 122. Brk Act #10 Port Auth NY & NJ Con 5/26 | C | Interest | L | T | | | | | |
| 123. Brk Act #10 NJ Turnpike Auth Rev Ser B 5/26 | B | Interest | L | T | | | | | |
| 124. Brk Act #10 Metropolitan Trans Auth 5/26 | B | Interest | | | Redeemed | 10/22/20 | L | A | |
| 125. Brk Act #10 Monmouth Cnty NJ Impt 5/27 | C | Interest | L | T | | | | | |
| 126. Brk Act #10 Hudson Cnty NJ Impt 5/29 | B | Interest | L | T | | | | | |
| 127. Brk Act #10 Mercer Cnty NJ Impt Auth 5/27 | B | Interest | L | T | | | | | |
| 128. Brk Act #10 Port Auth of NY & NJ Consld Rev 194 5/27 | B | Interest | L | T | | | | | |
| 129. Brk Act #10 Hudson Cnty NJ G/O 4/27 | B | Interest | L | T | | | | | |
| 130. Brk Act#10 Long Island Pwr Auth 5/27 | C | Interest | L | T | Buy | 02/13/20 | L | | |
| 131. Brk Act #10 NJ St Tpk Auth 5/29 | B | Interest | L | T | | | | | |
| 132. Brk Act #10 NYC TFA 5/29 | C | Interest | M | T | | | | | |
| 133. Brk Act #10 NYC TFA Rev-F3 5/30 | C | Interest | M | T | | | | | |
| 134. Brk Act #10 Burlingtn Cnty NJ 5/30 | C | Interest | M | T | | | | | |
| 135. Brk Act #10 NY St. Environ FACS 5/30 | C | Interest | L | T | | | | | |
| 136. Brk Act #10 NY ST Dorm Auth 5/30 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Brk Act #10 NY ST Dorm Auth 5/30 | D | Interest | M | T | | | | | |
| 138. Brk Act #10 NYC Muni WTR 5/30 | C | Interest | M | T | | | | | |
| 139. Brk Act #10 NY ST Dorm Auth Sales Tax 5/31 | C | Interest | L | T | | | | | |
| 140. Brk Act #10 NY NY City Muni Wtr 5/32 | C | Interest | L | T | | | | | |
| 141. Brk Act #10 NY NY City TFA 5/33 | C | Interest | M | T | | | | | |
| 142. Brk Act #10 Dorm Auth NY St. Johns 5/33 | C | Interest | M | T | | | | | |
| 143. Brk Act#10 NY NY City Transitional 4/33 | C | Interest | M | T | | | | | |
| 144. Brk Act #10 NY ST Dorm Auth Sales Tax 5/33 | C | Interest | L | T | | | | | |
| 145. Brk Act #10 NY St Environmental 5/34 | C | Interest | L | T | Buy (add'l) | 03/17/20 | J | | |
| 146. Brk Act #10 NY ST Dorm Auth Sales Tax 5/34 [not 5/24] | C | Interest | M | T | | | | | |
| 147. Brk Act#10 NY ST Urban Dev 4/34 | C | Interest | M | T | Buy | 10/29/20 | M | | |
| 148. Brk Act #10 NYC TFA Future Tax 5/35 | D | Interest | M | T | | | | | |
| 149. Brk Act #10 New York NY 5/35 | C | Interest | M | T | | | | | |
| 150. Brk Act #10 New York NY 5/35 | C | Interest | M | T | | | | | |
| 151. Brk Act #13 Fidelity Equity Inc[FEQIX] | E | Dividend | P1 | T | | | | | |
| 152. Brk Act #13 Fidelity Inter Bond [FTHRX] (H) | C | Interest | M | T | | | | | |
| 153. Brk Act #13 Fidelity Capital Apprec [FDCAX] | F | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Brk Act #13 Fidelity Retire Mmkt[Cash Reserves][FDRXX] [FCRXX] [FCRXX] | A | Interest | K | T | | | | | |
| 155. Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 156. Brk Act #5 Fidelity Smart Account | A | Interest | J | T | | | | | |
| 157. Bank Act#16 TD Bank | | None | J | T | | | | | |
| 158. Brk Act #17 Bank Deposit Program Morgan Stanley | A | Interest | J | T | | | | | |
| 159. Brk Act #17 EFG | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 160. Brk Act #17 EFV | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 161. Brk Act #17 EEM | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 162. Brk Act #17 IWF | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 163. Brk Act #17 IWD | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 164. Brk Act #17 IWO | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 165. Brk Act #17 IWN | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 166. Brk Act #17 IWP | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 167. Brk Act #17 IWS | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 168. Brk Act #17 MAHQX | A | Dividend | J | T | Buy | 05/19/20 | J | | |
| 169. Real Estate Long Island NY #1 | | None | N | W | | | | | |
| 170. Brk Act # 18 Citibank CD | A | Interest | | | Redeemed | 12/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Brk Act # 19 Ciitibank CD | A | Interest | K | T | | | | | |
| 172.  Bank Acct #20 First Nat Bank of LI | A | Interest | L | T | | | | | |
| 173.  Brk Act # 21 Fidelity SPAXX | A | Interest | N | T | | | | | |
| 174.  Brk Act # 21 Wells Fargo (CD) 2.8 /8/17/20 | D | Interest | | | Redeemed | 8/17/20 | M | A | |
| 175.  Brk Act #21 FAMRX | A | Int./Div. | | | Sold | 5/18/20 | J | A | |
| 176.  Brk Act #21 FASC[G]X | A | Int./Div. | | | Sold | 5/18/20 | J | A | |
| 177.  Brk Act # 21 FBALX | A | Int./Div. | | | Sold | 5/18/20 | K | A | |
| 178.  Brk Act # 21 FLCSX | B | Int./Div. | | | Sold | 5/18/20 | K | D | |
| 179.  Brk Act #21 FTBALX | A | Int./Div. | | | Sold | 05/18/20 | J | A | |
| 180.  Brk Act #21 PONX | C | Int./Div. | | | Sold | 05/18/20 | L | A | |
| 181.  Brk Act #24 Fidelity FAMRX | A | Interest | J | T | | | | | |
| 182.  Brk Act #24 SPAXX | A | Int./Div. | K | T | | | | | |
| 183.  Brk Act #25 Fidelity FAMRX | A | Int./Div. | J | T | | | | | |
| 184.  Brk Act # 25 SPAXX | A | Int./Div. | J | T | | | | | |
| 185.  Brk Act #26 St. John's Univ<br>DefiContribPlan TIAA Traditional | A | Int./Div. | K | T | | | | | |
| 186.  Brk Act #26 TIAA Real Estate | A | Int./Div. | K | T | | | | | |
| 187.  Brk Act# 26 CREF Bond Mkt R2 | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Brk Act #26 CREF Stock R2 | A | Int./Div. | N | T | | | | | |
| 189.  Brk Act #26 Western Asset CorPlsBnd IS | A | Int./Div. | J | T | | | | | |
| 190.  Brk Act# 27 TIAA Tax Deferred AnnuityTIAA Traditional | A | Int./Div. | J | T | | | | | |
| 191.  Brk Act#27 TIAA Real Estate(QREARX) | A | Int./Div. | J | T | | | | | |
| 192.  Brk Act #27 CREF Stock R2 (QCSTPX) | A | Int./Div. | K | T | | | | | |
| 193.  Bank Act # 28 AMEX Savings | A | Interest | M | T | | | | | |
| 194.  Brk Act #29 Bank Deposit Program Morgan Stanley | A | Interest | J | T | | | | | |
| 195.  Brk Act #29 EEM (See Part VIII) | A | Dividend | J | T | Sold (part) | 05/20/20 | K | A | |
| 196.  Brk Act #29 XLF (See Part VIII) | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 197.  Brk Act #29 XLRE (See Part VIII) | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 198.  Brk Act #29 MIDAX (See Part VIII) | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 199.  Brk Act #29 EFG | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 200.  Brk Act #29 EFV | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 201.  Brk Act #29 IWF | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 202.  Brk Act #29 IWD | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 203.  Brk Act #29 IWO | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 204.  Brk Act #29 IWN | A | Dividend | J | T | Buy | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Brk Act #29 IWP | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 206.  Brk Act #29 IWS | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 207.  Brk Act #29 MAHQX | A | Dividend | K | T | Buy | 05/20/20 | K | | |
| 208. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Castel, P .Kevin** | 08/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line  16, Brk Act#1Fidelity FZDVX  Omitted from 2019 FDR  Bought 7/17/2019  Value Code M, end of period Gross Value Code M, Income Amt Code A, Type Interest,

Part VIII, Lines  102/195, 103/198, 105/196 108/197    BrkAct#9  and BrkAct#29 The entirety of the holdings of the following were transferred from BrkAct#9 to BrkAct#29: EEM, MIDAX, XLF, XLRE. There was no sale but only a transfer of the security from one account to another..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544